IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| NATIONSRENT, INC., | ) Jointly Administered |
| a Delaware corporation, et al., | ) Case No. 01-11628 (PJW) |
| | ) |
| Debtors. | ) |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE, | ) ) ) Adv. Proc. No. 03-59504 ) ) |
| Plaintiff, | ) ) Civil Action No. 04-CV-722 (KAJ) |
| v. | ) ) |
| EJ REYNOLDS, INC., | ) ) |
| Defendant. | ) ) |

NOTICE OF SERVICE OF INITIAL DISCLOSURES
OF DEFENDANT, EJ REYNOLDS, INC.

PLEASE TAKE NOTICE that on November 8, 2005, the Initial Disclosures of Defendant, EJ Reynolds, Inc., and this Notice of Service were served upon counsel for the Plaintiff in the manner indicated, at the following address:

**VIA HAND DELIVERY**
Neil B. Glassman, Esq.
Daniel K. Astin, Esq.
Christopher A. Ward, Esq. (primary attorney)
The Bayard Firm
222 Delaware Ave, 9th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Kenneth A. Rosen, Esq.
Paul Kizel, Esq.
Susan Ericksen, Esq. (primary attorney)
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068-1791

1307196

| | |
|---|---|
| Dated: November 8, 2005 | **MORRIS, JAMES, HITCHENS & WILLIAMS LLP** |
| | |
| | _____ |
| | Brett D. Fallon (#2480) |
| | Thomas M. Horan (#4641) |
| | 222 Delaware Avenue, 10th Floor |
| | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | Email: bfallon@morrisjames.com |
| | Email: thoran@morrisjames.com |
| | |
| | ***Attorneys for EJ Reynolds, Inc.*** |

2

1307196