IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., et al.,<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>EJ Reynolds, Inc.<br>Cyrk, Inc.<br>Office Management Systems, Inc.<br>Saber Fleet Services, Inc., d/b/a Weiland Tire Service<br>Tacony Corporation<br>Little Beaver, Inc.<br>Diamant Boart, Inc.<br>Tsurumi (America), Inc.<br>Harbor Graphics Corporation<br>Multiquip, Inc.<br>Bobcat Company<br>Nortrax Equipment Co. South LA<br>Nortrax Equipment Co. SE, LLC<br>Partner Industrial Products<br>Rentlink, Inc.<br>Equipment Development Co., Inc.<br>Fischer Group<br>Dossey Holdings, Inc.<br>L&P Financial Services<br>Jeff Falkanger & Associates<br>Morgan Guaranty Trust Company of New York,<br><br>Defendants | District Court Case Nos. (KAJ):<br><br>04-CV-722<br>04-CV-734<br>04-CV-742<br>04-CV-753<br><br>04-CV-808<br>04-CV-997<br>04-CV-1004<br>04-CV-1005<br>04-CV-1007<br>04-CV-1025<br>04-CV-1026<br>04-CV-1044<br>04-CV-1045<br>04-CV-1047<br>04-CV-1054<br>04-CV-1128<br>04-CV-1141<br>04-CV-1155<br>04-CV-1165<br>04-CV-1184<br>04-CV-1192 |

**AFFIDAVIT OF SERVICE**

Jane M. Wojslawowicz, being of full age, deposes and states:

14460/4
11/17/2005 1812457.01

1. I am a legal secretary employed by the law firm of Lowenstein Sandler, PC, counsel to NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee.

2. On November 17, 2005, I caused true and correct copies of the Order entered by Magistrate Judge Thynge Scheduling Another Teleconference for Monday, January 23, 2006 at 5:00 p.m. (EST) to be served on the service list annexed hereto **via United States Postal Service, first class mail, postage pre-paid.**

3. I certify, under penalty of perjury, that the aforementioned statements made by me are true to the best of my knowledge and belief.

Jane M. Wojslawowicz

Sworn before me on 17th day of November, 2005

Notary Public

YVETTE ASH
A Notary Public Of New Jersey
My Commission Expires Sept. 14, 2008

## SERVICE LIST

Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130

Jeffrey Margolin, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004

Jeffrey Wisler, Esq.
Cristina M. Thompson, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801

G. Christopher Meyer, Esq.
Squire Sanders & Dempsey, LLP
4900 Public Square
Cleveland, Ohio 44114-1304

Les Shayo, Esq.
8383 Wilshire Boulevard
Suite 510
Beverly Hills, California 90211

Brett D. Fallon, Esq.
Patrick M. Leathem, Esq.
Morris James Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899-2306

President/CEO
Equipment Development Co.
100 Thomas Johnson Drive
Frederick, Maryland 21702

President/CEO
Fischer Group
305 South Andrews
Fort Lauderdale, Florida 33301

-4-

| | |
|---|---|
| Christopher A. Camardello, Esq.<br>Wintrop & Weinstine, PA<br>225 South Sixth Street, Suite 3500<br>Minneapolis, Minnesota 55402 | Thomas G. Whalen, Jr., Esq.<br>Stevens & Lee, PC<br>1105 North Market Street, 7th Floor<br>Wilmington, Delaware 19801 |
| Andrea S. Hartley, Esq.<br>Akerman Senterfitt<br>One Southeast Third Avenue, 28th Floor<br>Miami, Florida 33131-1714 | President/CEO<br>L & P Financial Services<br>8905 East Garvey<br>Rosemead, California 91770 |
| Jeffrey P. Wasserman, Esq.<br>Ciconte Roseman & Wasserman<br>1300 King Street<br>P.O. Box 1126<br>Wilmington, Delaware 19899 | President/CEO<br>Morgan Guaranty Trust Co.<br>500 Stanton Christiana Road<br>Newark, Delaware 19713 |
| Richard H. Cross, Esq.<br>Amy Evans, Esq.<br>Cross & Simon, LLC<br>913 North Market Street, Suite 1001<br>P. O. Box 1380<br>Wilmington, Delaware 19801-1380 | Richard C. Macias, Esq.<br>Creim Macias & Koenig, LLP<br>633 West 5th Street, 51st Floor<br>Los Angeles, California 90071 |

-5-

| | |
|---|---|
| William D. Sullivan, Esq.<br>Buchanan Ingersoll, PC<br>The Nemours Building<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801-1236 | Judy M. Jones, Esq.<br>Cross & Simon, LLC<br>913 North Market Street, Suite 1001<br>P. O. Box 1380<br>Wilmington, Delaware 19801-1380 |
| Eric Linderman, Esq.<br>Harris Beach, LLP<br>805 Third Avenue<br>New York, New York 10022 | Kenneth R. Moore<br>President/CEO<br>Saber Fleet Services, Inc. d/b/a Weiland Tire Servic<br>15600 Bourline Road<br>Fort Worth, Texas 76111 |
| Gary Vist, Esq.<br>Masudafunai<br>203 North LaSalle Street, Suite 2500<br>Chicago, Illinois 60601-1262 | Richard N. Riley, Esq.<br>Duane Morris, LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, Delaware 19801-1246 |