## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, Esquire, hereby certify that on the _24th_ day of January, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Thomas M. Horan, Esquire
*Morris James Hitchens & Williams LLP*
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

_____
Ashley B. Stitzer (No. 3891)